IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 1:08cr67-WC |
| | ) | [18 U.S.C. 641] |
| v. | ) | |
| | ) | |
| CANDRA LOVIE DAVIS | ) | INFORMATION |

The United States Attorney charges that:

On or about the 28th of November 2007, at Fort Rucker, Alabama, in the Middle District of Alabama, CANDRA LOVIE DAVIS did knowingly steal, purloin, conceal and retain, with intent to convert to her use and use of another, a thing of value of the United States Government, valued at $1,000.00 or less, to wit: a pair of Polo jeans, two Union Bay jackets, and a Union Bay shirt, in violation of Title 18, Section 641, United States Code.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

_____
KENT B. BRUNSON
ASSISTANT U.S. ATTORNEY


_____
EMILY M. RUIZANCHEZ
SPECIAL ASSISTANT U.S. ATTORNEY
GA Bar No. 142573
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama 36362-5000
(334) 255-9141

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | |
| | ) | AFFIDAVIT |
| DALE COUNTY | ) | |

The undersigned, being first duly sworn, deposes and says:

I am a Military Police officer at Fort Rucker, Alabama. On the 28th of November 2007, at approximately 1653 P.M., I received a call to go the PX to handle a shoplifting incident. Upon arrival, I met with Ms. Heather Anderson, PX Security, and she informed me of two women suspected of shoplifting. One of the women was identified as CANDRA LOVIE DAVIS. Surveillance video showed DAVIS trying on several items of clothing in a dressing room, and exiting the dressing room with a large bag and without the clothing items in hand. DAVIS then exited the store without rendering payment for the clothing items. DAVIS was approached by Ms. Anderson and escorted to the security office, where DAVIS rendered one pair of Polo jeans, two Union Bay jackets, and a Union Bay shirt from her bag. Upon arrival, DAVIS was apprehended and transported to the Military Police Station where she was further processed. DAVIS was advised of her legal rights which she waived, but did not render a statement. DAVIS was further processed and released on her own recognizance. The items were returned to AAFES stock. The estimated value of the items is $115.00.

_____
JAMES E. JOHNSON, SPC, U.S. ARMY

Subscribed and sworn to (or affirmed) before me on this ___28th__ day of __February_____ 2008.

_____
NOTARY PUBLIC

My commission expires:  NOTARY PUBLIC, STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 2, 2011
BONDED THRU NOTARY PUBLIC UNDERWRITERS