UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:08-CR-00067-WC |
| | ) | |
| CANDRA LOVIE DAVIS | ) | |

## UNOPPOSED MOTION TO CONTINUE TRIAL

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves the Court to continue the trial of the above styled case scheduled for July 14, 2008, and as grounds would show unto the Court the following:

1. The undersigned Special Assistant to the United States Attorney received the surveillance video tape in this case from the Provost Marshal Office on May 22, 2008, and submitted it to the Fort Rucker TASC Office, which processes all of the Fort Rucker requests for audio and visual recordings and aides. The Fort Rucker TASC Office reported that a copy of the tape would not be complete until June 6, 2008 due to the limitations of its audio-visual recording equipment.

2. The undersigned Special Assistant to the United States Attorney will mail the copied tape to counsel for Ms. Davis immediately upon receipt.

3. Counsel for Ms. Davis has been contacted on the status of the surveillance tape and does not object to a continuance.

WHEREFORE, premises considered, the United States respectfully requests that this Honorable Court continue the trial in the above-styled case.

Respectfully submitted this the 3rd day of June, 2008.

          LEURA GARRETT CANARY
          UNITED STATES ATTORNEY


          /s/ Emily M. Ruisanchez
          EMILY M. RUISANCHEZ
          Special Assistant United States Attorney
          Soldier Service Center, Bldg. 5700
          Fort Rucker, Alabama 36362
          Telephone: (334) 255-9141
          Fax: (334) 255-1869
          E-mail: emily.ruisanchez@us.army.mil


**MOTION DENIED**

THIS 4th DAY OF June, 2008

_____
UNITED STATES MAGISTRATE JUDGE