IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | CR. NO.   1:08cr67-WC |
| | * | |
| CANDRA LOVIE DAVIS, | * | |

## NOTICE OF APPEARANCE

The undersigned, Richard (Cracker) Waldrop, hereby gives notice to the parties of record and to the United States that he has been appointed to represent Candra Lovie Davis, pursuant to the Criminal Justice Act and requests service on behalf of Candra Lovie Davis, directed to the undersigned at the address listed below.

                                        s/Richard (Cracker) Waldrop
                                        RICHARD (CRACKER) WALDROP
                                        ASB-2398-L57R
                                        P. O. Box 310027
                                        Enterprise, AL  36331
                                        (334) 393-2288
                                        Fax (334) 393-5559

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by electronically filing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

        Leura Garrett Canary        Emily M. Ruisanchez
        U.S. Attorney                   Assistant U.S. Attorney

                                        Respectfully submitted,
                                        /s/Richard (Cracker) Waldrop
                                        Richard (Cracker) Waldrop

Case 1:08-cr-00067-TFM    Document 12    Filed 06/18/2008    Page 2 of 2