IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | CR. NO.  1:08cr67-WC |
| | * | |
| CANDRA LOVIE DAVIS, | * | |

## NOTICE OF INTENT TO CHANGE PLEA

COMES NOW the Defendant, Candra Lovie Davis, by and through the undersigned counsel, Richard (Cracker) Waldrop, and notifies the Court of her intent to change her previously entered plea of not guilty to guilty.  Defendant waives her right to plead in front of a district judge and consents to do so before a magistrate judge.

      s/Richard (Cracker) Waldrop
RICHARD (CRACKER) WALDROP
ASB-2398-L57R
P. O. Box 310027
Enterprise, AL  36331
(334) 393-2288
Fax (334) 393-5559

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by electronically filing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Leura Garrett Canary      Emily M. Ruisanchez
U.S. Attorney      Assistant U.S. Attorney

Respectfully submitted,

/s/Richard (Cracker) Waldrop
Richard (Cracker) Waldrop