IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR NO: 1:08cr67-WC |
| ) | |
| CANDRA LOVIE DAVIS ) | |

## **ORDER**

The defendant, CANDRA LOVIE DAVIS, has indicated to the court that she wishes to enter a change of plea. Therefore, it is

ORDERED that the defendant, CANDRA LOVIE DAVIS, appear with counsel before the undersigned on July 15, 2008 at 10:00 a.m. at Soldier Service Center, Building 5700, Room 342, Ft. Rucker, AL to enter a change of plea.

IT IS FURTHER ORDERED that the pretrial currently scheduled for June 30, 2008 and Jury Selection and Trial currently scheduled for July 14, 2008 are continued generally.

DONE this 18th day of June, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE