IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 1:08cr67-WC |
| | ) |
| CANDRA LOVIE DAVIS | ) |
| | ) |

### UNITED STATES' NOTICE OF APPEARANCE OF COUNSEL

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and hereby notices the appearance of Special Assistant United States Attorney Nicole K. Borchardt, who will be serving as counsel of record for the United States in this matter.

Respectfully submitted this 8th day of July, 2008.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY


/s/ Nicole K. Borchardt
NICOLE K. BORCHARDT
SPECIAL ASSISTANT U.S. ATTORNEY
OH BAR NO. 0081260
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama 36362-5000
Telephone: (334) 255-9141
Fax: (334) 255-1869

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:08cr67-WC |
| | ) | |
| CANDRA LOVIE DAVIS | ) | |
| | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Richard Cracker Waldrop, Attorney for Candra Lovie Davis.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

NICOLE K. BORCHARDT
SPECIAL ASSISTANT U.S. ATTORNEY
OH BAR NO. 0081260
Soldier Service Center, Bldg. 5700
Fort Rucker, Alabama 36362
Telephone: (334) 255-9141
Fax: (334) 255-1869