UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:08-CR-00067-WC |
| | ) | |
| CANDRA LOVIE DAVIS | ) | |

**UNOPPOSED MOTION TO CONTINUE**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves the Court to continue the change of plea hearing set for September 9, 2008 in above styled case, and as grounds would show unto the Court the following:

1. Ms. Davis submitted a request for pre-trial diversion on August 22, 2008, which is forwarded to the United States Attorney's office for review and approval.

2. Counsel for Ms. Davis has been contacted and has no objection to a continuance in this case.

3. While requests for a continuance are addressed to the sound discretion of the trial court, *United States v. Darby*, 744 F.2d 1508, 1521 (11thCir. 1984), *reh'g denied* 749 F.2d 733, *cert. denied*, 471 U.S. 1100 (1985), undersigned counsel feels that, in this case, because prosecution may be deferred/diverted if pretrial diversion is granted, it is in the interest of justice to continue the trial in this matter so as to allow Ms. Davis the opportunity to pursue diversion. 18 U.S.C. §§ 3161(h)(2) and 3161(h)(8)(B)(I).

WHEREFORE, premises considered, the United States respectfully requests that this Honorable Court continue the trial in the above-styled case.

Respectfully submitted this the 22nd day of August, 2008.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Emily M. Ruisanchez
EMILY M. RUISANCHEZ
Special Assistant United States Attorney
Soldier Service Center, Bldg. 5700
Fort Rucker, Alabama 36362
Telephone: (334) 255-9141
Fax: (334) 255-1869
E-mail: emily.ruisanchez@us.army.mil

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:08-CR-00067-WC |
| | ) | |
| CANDRA LOVIE DAVIS | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 22, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Richard Cracker Waldrop, Attorney for Ms. Candra Lovie Davis.

    Respectfully submitted,

    LEURA GARRETT CANARY
    UNITED STATES ATTORNEY


    /s/ Emily M. Ruisanchez
    EMILY M. RUISANCHEZ
    Special Assistant United States Attorney
    Soldier Service Center, Bldg. 5700
    Fort Rucker, Alabama 36362
    Telephone: (334) 255-9141
    Fax: (334) 255-1869
    E-mail: emily.ruisanchez@us.army.mil