IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:08-cr-67- TFM |
| | ) | |
| CANDRA LOVIE DAVIS | ) | |

**ORDER**

A telephonic pretrial conference will be held in this case on September 30, 2008 at 11:00 a.m.

DONE, this 27th day of August, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE